Francesca SANTAMARIA, Plaintiff–Appellant,

v.

Genevieve MOSBLECH, Defendant–Respondent.

No. 68538.

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 6, 1996.

Jeffrey S. Singer, Allan R. Belliveau, Fox, Goldblatt & Singer, St. Louis, for appellant.

Michael P. Corrigan, Wuestling, James & Devoto, St. Louis, for respondent.

Before CRAHAN, P.J., and CRANDALL and DOWD, JJ.

## ORDER

PER CURIAM.

Francesca Santamaria appeals from the judgment entered upon a jury verdict in favor of Genevieve Mosblech finding Francesca Santamaria 100% comparatively at fault for the injuries suffered by her during an automobile-to-bicycle accident. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of evidence; no error of law appears. An extended opinion would have no precedential value. Rule 84.16(b).

David Brian WHITE, Appellant,

v.

STATE of Missouri, Respondent.

No. 68297.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 13, 1996.

David Simpson, Office of the State Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Assistant Attorney General, Jefferson City, for Respondent.

Before REINHARD, P.J., and CRANDALL and KAROHL, JJ.

## ORDER

PER CURIAM.

Movant appeals denial of his Rule 24.035 motion for post conviction relief without an evidentiary hearing. The findings and conclusions of the motion court are not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for the order affirming the judgment. Judgment affirmed in accordance with Rule 84.16(b).